# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**KENNETH M. HINES**                                                            **PLAINTIFF**

**V.**                                                        **CAUSE NO. 3:14-CV-991-CWR-FKB**

**RAYMOND BYRD**                                                    **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation of United States Magistrate Judge F. Keith Ball.[1] That Report recommends that this Court deny the petition for writ of habeas corpus filed by Kenneth M. Hines.[2] Objections to that Report were originally due by February 13, 2018. The Court granted Hines an extension to file his objections, moving the due date to March 15, 2018. Hines has failed to submit any objection.

Having fully reviewed the Report, this Court concludes that it is not clearly erroneous or contrary to law. Under Federal Rule of Civil Procedure 72, this Court will ADOPT the Report's recommendations and DENY Hines' petition for writ of habeas corpus. This case is DISMISSED. A separate Final Judgment shall issue this day.

**SO ORDERED**, this the 28th day of March, 2018.

                                                           s/ Carlton W. Reeves
                                                           UNITED STATES DISTRICT JUDGE

---

[1] Docket No. 15.
[2] *Id.* at 12-13 (discussing Docket No. 45).